ELTON W. SCOTT *v.* HELEN B. SCOTT

The defendant's motion to dismiss the appeal from the Superior Court in Litchfield County is granted unless the plaintiff files his brief on or before March 2, 1976.

*John A. Mettling,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued February 3—decided February 3, 1976

DAVID JENSEN *v.* PLANNING AND ZONING COMMISSION OF CROMWELL ET AL.

The named defendant's motion for judgment in its favor is granted and the case is remanded for the rendition of a judgment dismissing the plaintiff's appeal to the Court of Common Pleas in Middlesex County.

*Thomas P. Byrne,* for the appellant (named defendant).

No appearance for the appellee (plaintiff).

Argued February 3—decided February 3, 1976

STATE OF CONNECTICUT *v.* GARY BENNETT

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before March 2, 1976.

*Donald A. Browne,* state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).